FILED
United States Court of Appeals
Tenth Circuit

**July 27, 2022**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ERIC KAMAHELE,

Defendant - Appellant.

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

KEPA MAUMAU,

Defendant - Appellant.

No. 17-4154
(D.C. No. 2:15-CV-00506-TC)
(D. Utah)

No. 17-4155
(D.C. No. 2:15-CV-00600-TC)
(D. Utah)

_____

**ORDER**

_____

Before **HOLMES**, Circuit Judge, **LUCERO**, Senior Circuit Judge, and **McHUGH**, Circuit Judge.

_____

This matter is before the court on Appellants' *Motion to Recall the Mandate.* The

motion is denied.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk